■ VIVIAN DOLES, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. [610 NYS2d 790] —Order of the Appellate Term of the Supreme Court, First Department, entered December 18, 1992, which set aside a judgment of the Civil Court, New York County (Louise Gruner Gans, J.), entered January 7, 1991, affirmed for the reasons stated by the majority at Appellate Term without costs and without disbursements. Concur—Carro, J. P., Kupferman, Nardelli and Williams, JJ.

Asch, J., dissents for the reasons stated by Riccobono, J., at Appellate Term. No opinion.